AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CHARLES CHRISTIAN LEVY,

Plaintiff,

v.

A. HAYGOOD, et al.,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:24-cv-96

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated July 29, 2024, Plaintiff's complaint is dismissed for failure to state a claim upon which relief can be granted. This case stands closed.

Approved by: *Christopher L. Ray*
CHRISTOPHER L. RAY
United States Magistrate Judge
Southern District of Georgia

July 29, 2024
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020